# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: VERA SUKHASHVILI  
364 HABER ROAD  
CARY, IL  60013

SSN-xxx-xx-9360

Case Number: 07-72546

Case filed on: 10/20/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,762.93       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY O. ALLAN FRIDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VERA SUKHASHVILI | 0.00 | 0.00 | 1,394.80 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 1,394.80 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 3,352.03 | 3,041.00 | 350.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 5,005.65 | 5,005.65 | 1,963.20 | 367.80 |
| 003 | WACHOVIA DEALER SERVICES | 22,158.92 | 420.86 | 420.86 | 0.00 |
| 004 | WASHINGTON MUTUAL BANK | 20,393.12 | 0.00 | 0.00 | 0.00 |
|     | Total Secured | 50,909.72 | 8,467.51 | 2,734.06 | 367.80 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 1.93 | 0.00 | 0.00 |
| 003 | WACHOVIA DEALER SERVICES | 0.00 | 134.78 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS CENTURION BANK | 1,023.12 | 6.34 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 5,884.63 | 36.48 | 0.00 | 0.00 |
| 007 | HSBC BANK N/A | 8,871.15 | 55.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 1,056.90 | 6.55 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 627.26 | 3.89 | 0.00 | 0.00 |
| 011 | DISCOUNT TIRE | 131.12 | 0.81 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 7,764.72 | 48.14 | 0.00 | 0.00 |
| 013 | JC PENNEY | 141.42 | 0.88 | 0.00 | 0.00 |
| 014 | GE MONEY BANK | 137.19 | 0.85 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 850.32 | 5.27 | 0.00 | 0.00 |
| 016 | HSBC BANK N/A | 867.46 | 5.38 | 0.00 | 0.00 |
| 017 | BASS & ASSOCIATES PC | 523.67 | 3.25 | 0.00 | 0.00 |
| 018 | FED RETAIL HOLDINGS INC/MARSHALL FIELDS | 379.03 | 2.35 | 0.00 | 0.00 |
| 019 | TARGET NATIONAL BANK | 2,536.48 | 15.73 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 3,209.50 | 19.90 | 0.00 | 0.00 |
| 021 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 34,003.97 | 347.53 | 0.00 | 0.00 |
|     | Grand Total: | 84,913.69 | 8,815.04 | 4,128.86 | 367.80 |

Total Paid Claimant:      $4,496.66  
Trustee Allowance:        $266.27  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008        By  /s/Heather M. Fagan